IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAQUELINE MASSEY,              )
individually, and as the       )
administrator of the           )
estate of Cameron Massey,      )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )     2:15cv505-MHT
                               )         (WO)
RALPH CONNOR, in his           )
individual capacity,           )
et al.,                        )
                               )
     Defendants.               )
```

**JUDGMENT**

It is ORDERED that the plaintiff's oral motion to dismiss the complaint, made on the record during the conference call today, is granted, and that the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

It is further ORDERED that all other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed

DONE, this the 22nd day of October, 2015.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**